UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  95-2009-Civ-Ungaro-Benages

MARIA JOSE MURILLO MARTIN
DE MENDEZ, individually and as
Personal Representative of the
Estate of JOSE GUILLERMO
MENDEZ LUNA, Deceased,

       Plaintiff,

vs.

EMPRESA GUATEMALTECA de
AVIACION, a foreign corporation,
and INTERNATIONAL LEASE FINANCE
CORP.,

       Defendants.

_____/

NIGHT BOX
FILED

SEP 1 0 1996

CARLOS JUENKE
CLERK, USDC / SDFL / MIA

## NOTICE THAT CASE HAS BEEN REMANDED AND CLOSED

The plaintiff, Maria Jose Murillo Martin de Mendez, individually and as personal representative of the estate of Jose Guillermo Mendez Luna, deceased, has received from the Court an order dated August 30, 1996, setting this case for an initial scheduling and planning conference on October 24. A copy of that order is enclosed. However, in an order dated November 9, 1995, a copy of which is enclosed, this Court remanded the instant case to Florida state court. And in an administrative order dated November 9, 1995, a copy of which also is enclosed, the instant case was closed for administrative purposes. Therefore, we believe that the Court's August 30 order setting the case for scheduling and planning conference was erroneously entered, and we hereby advise the Court to that effect.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of September, 1996, to:  MICHAEL J. HOLLAND, ESQ., Condon & Forsyth,

1251 Avenue of the Americas, New York, New York 10020; JOHN R. MURRAY, ESQ.

and KATHLEEN M. O'CONNOR, ESQ., Thornton, Davis & Murray, P.A., World Trade

Center - Suite 2900, 80 S.W. 8th Street, Miami, Florida 33130; LAW OFFICES OF

WILLIAM HUGGETT, 400 Concord Bldg., 66 W. Flagler Street, Miami, Florida 33130.

Respectfully submitted,

HAGGARD & PARKS, P.A.
330 Alhambra Circle
Coral Gables, Florida  33134
-and-
PODHURST, ORSECK, JOSEFSBERG,
EATON, MEADOW, OLIN & PERWIN, P.A.
25 West Flagler Street, Suite 800
Miami, Florida  33130
(305) 358-2800

By: _____
        JOEL S. PERWIN

26995\p\not

2

# ADDITIONAL

# ATTACHMENTS

# NOT

# SCANNED

PLEASE REFER TO COURT FILE